

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. ALEJANDRO IBARRA DEFENDANT(S). | CASE NUMBER 5:18-MJ-00093-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Friday, March 9_, _2018_, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Jay C. Gandhi_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _March 7, 2018_

_____
Jay C. Gandhi, U.S. Magistrate Judge