

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 7 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>ALEJANDRO IBARRA<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:18-MJ-00093-2<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __Friday, March 9_____, __2018____, at __2:00____ ☐a.m. / ☒p.m. before  the Honorable __Jay C. Gandhi_____, in Courtroom __6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
                *(Other custodial officer)*

Dated: ___March 7, 2018_____        _____
                                          Jay C. Gandhi, U.S. Magistrate Judge

---